# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02207-LTB

LORRAINE S. CISNEROS,

      Plaintiff,

v.

SGT. MINJAREZ,
CAPT. FLIER,
C/M RUDE BACA,
LT. HIGH BANKS, and
THERAPEUTIC COMMUNITY PROGRAM,

      Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

      This matter is before the Court on the motion titled "Motion to Amend A Reconsideration" (ECF No. 10) that Plaintiff, Lorraine S. Cisneros filed with the Court on November 17, 2011.  The motion is denied for the reasons previously stated in the order of November 3, 2011, denying Ms. Cisneros' October 3, 2011, motion for reconsideration.  As the Court informed Ms. Cisneros in the November 3 order, because the dismissal in the instant action was without prejudice, Plaintiff may initiate a new action by properly completing the Court-approved forms available with the applicable instructions, and with the assistance of her case manager or the facility's legal assistant, at www.cod.uscourts.gov.

Dated:  November 18, 2011

---